UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DEVONDAS D. JOHNSON,

        Petitioner,

vs.

JOE LIZARRAGA,

        Respondent.

                     /

No. C 14-2846 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on June 19, 2014. On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted a completed application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within twenty-eight days the case would be dismissed. Petitioner has filed two motions but has failed to pay the filing fee or file a proper in forma pauperis application.

This case is therefore **DISMISSED** without prejudice and all motions (Docket Nos. 2, 5, 6) are vacated. The clerk shall close this file. To reopen this case petitioner must file a completed in forma pauperis application and request the case to be reopened.

**IT IS SO ORDERED.**

Dated: July 29, 2014.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.14\Johnson2846.dsm-ifp.wpd